UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ELLISON, | ) )  )  Case No.: )  |
| Plaintiff. | ) 1:20-cv-03367-NLH-KMW ) |
| v. | ) ) |
| CAPITAL ONE BANK (U.S.A), NA. | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 16, 2020     By: */s/ Amy L. B. Ginsburg*
                                   Amy L. B. Ginsburg, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Fax: (877) 788-2864
                                   Email: aginsburg@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

>Daniel J.T. McKenna, Esquire
>Ballard Spahr LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103
>Phone: (215) 864-8321
>Fax: (215) 864-8999
>Attorney for Defendant

Dated: October 16, 2020        By: */s/ Amy L. B. Ginsburg*
                                                   Amy L. B. Ginsburg, Esquire
                                                   Kimmel & Silverman, P.C.
                                                   30 E. Butler Pike
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888
                                                   Fax: (877) 788-2864
                                                   Email: aginsburg@creditlaw.com