Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ELLISON, § § § Plaintiff, § § v. § § CAPITAL ONE BANK (U.S.A.), N.A., § § Defendant. § § § | Civil Action No. 1:20-cv-03367-NLH-KMW |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ *Adam H. Settle* | /s/ *Amy L. Bennecoff Ginsburg* |
| Adam H. Settle | Amy L. Bennecoff Ginsburg Esq. |
| BALLARD SPAHR LLP | Kimmel & Silverman, P.C. |
| 1735 MARKET STREET | 30 East Butler Pike |
| 51ST FLOOR | Ambler, PA 19002 |
| PHILADELPHIA, PA 19107 | Phone: (215) 540-8888 |
| Phone (215) 864-8861 | Fax: (215) 540-8817 |
| Email: settlea@ballardspahr.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: December 4, 2020 | Date: December 4, 2020 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Adam H. Settle
BALLARD SPAHR LLP
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19107
Phone (215) 864-8861
Email: settlea@ballardspahr.com
Attorney for the Defendant

| | |
|---|---|
| DATED:  December 4, 2020 | /s/ Amy L. Bennecoff Ginsburg |
| | Amy L. Bennecoff Ginsburg Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Tel: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |